IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NUMBER 13-283 |
| MARK SANDERS | : | |

## ORDER

AND NOW, this 12th day of February, 2015, on consideration of the Motion of the government for dismissal of Counts Five through Eight of the second superseding indictment as to defendant Mark Sanders, the Court finds the ends of justice are served by granting the motion.

It is accordingly hereby

ORDERED

that Counts Five through Eight of the Second Superseding Indictment in this matter are dismissed as to defendant Mark Sanders.

BY THE COURT:

_____
HONORABLE JUAN R. SANCHEZ
Judge, United States District Court